895 A.2d 1152

IN THE MATTER OF ANDREW J. BREKUS, AN ATTORNEY
AT LAW (ATTORNEY NO. 042361986).

May 2, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–369, concluding that **ANDREW J. BREKUS** of **CHERRY HILL**, who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **ANDREW J. BREKUS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.